

# TEXAS COURT OF CRIMINAL APPEALS

## Austin, Texas

# M A N D A T E

### TRIAL COURT NO. 2009-F-00005
### COURT OF APPEALS NO. 06-11-00028-CR

**THE STATE OF TEXAS,**

**TO THE 5TH DISTRICT COURT OF CASS COUNTY — GREETINGS:**

Before our **COURT OF CRIMINAL APPEALS**, on **December 10, 2014**, the cause upon appeal to review, revise or reverse your Judgment between:

### CYNTHIA ANN HUDSON

### VS.

### THE STATE OF TEXAS

**CCRA NO. PD-1699-13**

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the **APPELLANT'S and STATES** Petitions for Discretionary Review, and the same being inspected, it is **ORDERED, ADJUDGED AND DECREED** by the Court that the Petitions for Discretionary Review be **GRANTED**.

The judgment of the Court of Appeals is **AFFIRMED**, in accordance with the Opinion of this Court, and that this decision be certified below for observance."

**WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things to have it duly **RECOGNIZED, OBEYED AND EXECUTED.**

WITNESS, **THE HONORABLE SHARON KELLER**, Presiding Judge

of our said **COURT OF CRIMINAL APPEALS,**

with the Seal thereof annexed, at the City of Austin,

on this day **Monday, January 05, 2015**.

_____
ABEL ACOSTA, Clerk